No. _____

First Circuit Appeal.

---

O. S. BEASLEY v. LEESVILLE MOTOR CO., INC. McCLAREN RUBBER CO., Third Opponent.

---

(December 30, 1924, Opinion and Decree.)

---

(*Syllabus by the Editor.*)

1. **Louisiana Digest, Appeal—Par. 625.**
Finding no error, the judgment of the trial court on the law and facts is affirmed.

Appeal from the Parish of Vernon, Hon. Hal A. Burgess, Judge.

There was judgment for third opponent. Plaintiff and defendant appealed.

Judgment affirmed.

C. E. Hardin, of Leesville, attorney for plaintiff, appellee.

S. I. Foster, of Leesville, attorney for defendant, appellant.

MOUTON, J. The McClaren Rubber Company filed a third opposition herein asking judgment for $1561.91, with recognition of a privilege on automobile equipments described in its petition. The district judge rendered judgment in favor of third opponent for $1183.78, and recognized the privilege claimed. Appellant has made no appearance in this court, and has filed no brief or complaint suggesting any errors in the judgment. Finding no error after examining the record, the judgment is affirmed, with cost.